UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIGUEL ANGEL LOPEZ-LUGO,

    Petitioner,

v.

CAMILLA WAMSLEY, *et al.*,

    Respondents.

Case No. C25-2380-RSM

ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE

Having Considered Petitioner's Motion, the Court hereby finds and ORDERS:

(1) Petitioner's Motion for Order to Show Cause, Dkt. #2, is GRANTED.

(2) The Clerk is directed to immediately effectuate service of the habeas petition filed in this case upon Respondents and email a copy of this order to usawaw.Habeas@usdoj.gov.

(3) Pursuant to 28 U.S.C. § 2243, Respondents must show cause as to why Petitioner is not a Bond Denial class member in Rodriguez Vazquez v. Bostock, No. 3:25-cv-05240, and why the habeas petition should not be granted **by December 3, 2025**. Any reply must be filed by December 5, 2025.

(4) The Clerk shall note this matter for consideration on **December 5, 2025**.

(5) Respondents must provide Petitioner and Petitioner's counsel at least 48 hours' notice (or 72 hours' notice if the period will include a weekend or holiday) prior to any action to move or transfer Petitioner from this district.

DATED this 25th day of November, 2025.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE - 1