UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL ANGEL LOPEZ-LUGO,<br><br>    Petitioners,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>    Respondents. | Case No. C25-2380-RSM-MLP<br><br>ORDER REASSIGNING CASE TO JUDGE CARTWRIGHT |

On November 25, 2025, the Court ordered Respondents to show cause as to why Petitioner is not a member of the Bond Denial Class in *Rodriguez Vazquez v. Bostock*, No. 3:25-cv-05240-TMC. Dkt. #4. Upon review of Respondents' Response, Dkt. #6, and Petitioner's Traverse, Dkt. #7, the Court finds good cause for re-assignment. This case shall now be re-assigned to the Honorable Tiffany M. Cartwright, United States District Judge. The referral to United States Magistrate Judge Michelle L. Peterson is TERMINATED. All future documents in this matter must bear case numbers ending in "TMC" and must bear the new Judge's name in the upper right-hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the court. Please make the necessary corrections to your records to reflect these changes. The Clerk is directed to send a copy of this Order to the parties.

DATED this 10th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1